IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| AIMEE MADDONNA, | ) | Civil Action Number:  6:19-cv-00448-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH & HUMAN SERVICES; | ) | |
| ALEX M. AZAR, II, in his official | ) | |
| capacity as Secretary of the | ) | |
| United States Department of Health | ) | |
| and Human Services; | ) | |
| Administration For Children and Families | ) | |
| Department of Health and Human Services; | ) | |
| STEVEN WAGNER, in his official | ) | |
| capacity as Principal Deputy Assistant | ) | |
| Secretary for the Administration for | ) | |
| Children and Families, | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Defendants United States Department of Health and Human Services ("HHS"); Administration for Children and Families ("ACF"); Alex Azar, in his official capacity as Secretary of HHS; and Steven Wagner, in his official capacity as Principal Deputy Assistant Secretary of ACF (collectively the "Federal Defendants"), file this Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

For the reasons set forth in the attached Memorandum, Federal Defendants respectfully request that the Court dismiss Plaintiff's Complaint against the Federal Defendants pursuant to

1

Rule 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim.

Dated: April 26, 2019                              Respectfully submitted,

                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General

                                               SHERRI A. LYDON
                                               United States Attorney


                                        By: *s/ Christie V. Newman*
                                               CHRISTIE V. NEWMAN (#5473)
                                               Assistant United States Attorney
                                               1441 Main Street, Suite 500
                                               Columbia, SC 29201
                                               Telephone: (803) 929-3021
                                               Email: Christie.Newman@usdoj.gov

                                               MICHELLE BENNETT
                                               Assistant Branch Director

                                               CHRISTOPHER A. BATES
                                               Senior Counsel to the Assistant Attorney General

                                               JAMES R. POWERS (TX Bar No. 24092989)*
                                               Trial Attorney
                                               Federal Programs Branch
                                               U.S. Department of Justice, Civil Division
                                               1100 L Street, NW, Room 11218
                                               Washington, DC 20005
                                               Telephone:  (202) 353-0543
                                               Email:  james.r.powers@usdoj.gov

                                               **Pro hac vice* application forthcoming*

                                               *Counsel for Federal Defendants*

2